## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

CIVIL RIGHTS DEFENSE FIRM, P.C., : No. 63 MM 2020
FIREARMS POLICY COALITION, INC., :
PRINCE LAW OFFICES, P.C., TROP GUN : Petitioners' Emergency Ex Parte
SHOP LTD., AND ROGER MULLINS, : Application for Extraordinary Relief
: Pursuant to the Court's King's Bench
          Petitioners : Jurisdiction
:
:
:
      v. :
:
:
:
GOVERNOR TOM WOLF, :
:
          Respondent :

## ORDER

**PER CURIAM**

**AND NOW,** this 22nd day of March, 2020, upon review of Petitioners' Emergency Ex Parte Application for Extraordinary Relief Pursuant to the Court's King's Bench Jurisdiction, which challenges the statutory authority for, and the constitutionality of, the Governor's Order of March 19, 2020 ("Order of the Governor of the Commonwealth of Pennsylvania Regarding the Closure of All Businesses That Are Not Life Sustaining"), and the Governor's response to that Application, we order as follows:

With respect to those Petitioners alleging that the Governor's March 19 Order infringes on this Court's exclusive authority to regulate the practice of law, or otherwise interferes with this Court's orders declaring a statewide judicial emergency, *see, e.g., In Re: General Statewide Judicial Emergency*, 531 & 532 Judicial Administration Docket (Pa. Mar. 18, 2020) (order temporarily closing courts to the public), the Application is

**DISMISSED AS MOOT**. Although the Governor's March 19 Order provides that businesses performing "Legal Services" must cease physical operations, he subsequently added the following proviso: "Except as required to allow attorneys to participate in court functions deemed essential by a president judge per the Pennsylvania Supreme Court's order of March 18, 2020, or similar federal court directive, and lawyers may access their offices to effectuate such functions and directives." *See* https://www.scribd.com/document/452553026/UPDATED-5-45pm-March-21-2020-Industry-Operation-Guidance, under hyperlink "See a list of life-sustaining businesses" at https://www.pa.gov/guides/responding-to-covid-19/#ForBusinesses. Accordingly, in regard to these Petitioners, we find no controversy remains.

In all other respects, the Application is **DENIED**.

The Application For Leave Of The City Of Philadelphia To File Amicus Brief is **GRANTED**.

Justice Wecht files a Concurring and Dissenting Statement joined by Justices Donohue and Dougherty.